IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST STATE BANK OF MONTICELLO,<br><br>     Plaintiff/Appellee,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>     Defendant/Appellant. | District Case No. 04-C-2089<br><br>U.S. District Judge Harold A. Baker |

## **NOTICE OF CROSS-APPEAL**

FIRST STATE BANK OF MONTICELLO, by Howard & Howard Attorneys, P.C., hereby gives NOTICE that it appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Amended Judgment entered on September 6, 2006 (Exhibit A).

Dated:  October 16, 2006.

                    Respectfully submitted,

                    FIRST STATE BANK OF MONTICELLO


                    By:     /s/ Jeffrey G. Sorenson
                        Jeffrey G. Sorenson (counsel of record)
                        Tracy C. Litzinger
                        Howard & Howard Attorneys, P.C.
                        One Technology Plaza
                        211 Fulton, Suite 600
                        Peoria, IL  61602
                        Telephone:  (309) 672-1483
                        Facsimile: (309) 672-1568
                        Email:  jgs@h2law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2006, I electronically filed the foregoing Notice of Cross Appeal with the Clerk of the United Stated District Court for the Central District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Daniel P. Wurl
Randall I. Marmor.

          /s/ Jeffrey G. Sorenson

          Jeffrey G. Sorenson
          ARDC# 6201963
          Howard & Howard Attorneys, P.C.
          One Technology Plaza
          211 Fulton, Suite 600
          Peoria, IL  61602
          Telephone:  (309) 672-1483
          Facsimile: (309) 672-1568
          Email:  jgs@h2law.com